THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILORD GELIN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK R. GLEBE,<br><br>　　　　　　　Respondent. | CASE NO. C13-2239-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　The Court, having reviewed petitioner's federal habeas petition, respondent's answer to the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

　　　　(1) The Court adopts the Report and Recommendation (Dkt. No. 27);

　　　　(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 7) is DENIED, and this action is DISMISSED with prejudice;

　　　　(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

　　　　(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

　　　　//

1     DATED this 15th day of December 2016.

                                                                                                           _____

                                                                                                           John C. Coughenour
                                                                                                           UNITED STATES DISTRICT JUDGE